1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORI POWELL,

                              Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                              Defendant.

Case No. 3:15-cv-05049-KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS

        Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff

does not appear to have funds available to afford the $400.00 Court filing fee.

        DATED this 23rd day of January, 2015.


Karen L. Strombom
United States Magistrate Judge

ORDER - 1