UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORI POWELL, | Case No.   15-5049 JLR-KLS |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| CAROLINE W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g)  (ECF 19).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion.

This Court recommends that on remand, the Administrative Law Judge reconsider the opinion of Donald Ramsthel, M.D., including addressing a sit-stand option, and the possible erosion of the occupational base.  The Administrative Law Judge shall also re-evaluate the claimant's impairments, credibility, lay witness evidence, other medical evidence, residual functional capacity, and ability to perform work at steps four and five, as necessary.

REPORT AND RECOMMENDATION - 1

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.**

DATED this 20th day of July, 2015.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2